THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
PAUL H. ROCHMES, State Bar No. 077928
Assistant United States Attorney
Public Integrity and Government Fraud Section
   1300 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2413
   Facsimile: (213) 894-6436
   Email: paul.rochmes@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BIJAN DANESHGAR,<br><br>Defendant. | CR 05-93(A)-TJH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND **ORDER** REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

GOOD CAUSE APPEARING, THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Continuing the trial to January 24, 2009, will conserve both judicial and government resources, and is in the interest of justice, because it will enable the defendant to continue to be supervised by the Pretrial Services Office pursuant to the parties' agreement for pretrial supervision;

2. Continuing the trial to January 24, 2009, is in the interest of justice, because it will enable the defendant's to have adequate time to prepare for trial if the defendant does not successfully complete his one-year period of supervision pursuant to the agreement for pretrial supervision;

3. The defendant's counsel has advised the defendant of the defendant's rights under the Speedy Trial Act; defendant concurs with his counsel that continuing the trial to January 24, 2009, is necessary and in his best interests in order to (1) enable him to continue under supervision by the Pretrial Services Office as contemplated by the diversion agreement, rather than proceeding to trial, and (2) enable his attorney to have sufficient time to prepare for trial, should such preparation become necessary as a result of a decision by the government, pursuant to the agreement, to continue with the prosecution of this case. Accordingly, defendant joins in the request for the continuance.

4. The time period from January 28, 2008 to January 24, 2009, constitutes a reasonable period of delay.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2008 to January 24, 2009 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because the time period results from a continuance granted by the judge at the parties' request based on the judge's finding that the ends of justice are served by taking such action.

7. Nothing in this stipulation shall preclude a finding that other provisions

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The trial date of January 28, 2008 at 10:00 a.m. is continued to January 24, 2009 at 10:00 a.m.; and

2. Defendant Bijan Daneshgar shall appear in Courtroom 17 of the United States Courthouse, 312 North Spring Street, Los Angeles, California on January 27, *2009* at 10:00 a.m.

Dated: January 31, 2008

TERRY J. HATTER, Jr.
U.S. District Court Judge

Presented By:

/ s /
_____
PAUL H. ROCHMES
Assistant United States Attorney